THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>RXTRA CARE, INC. *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C17-0553-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　The parties have filed a stipulation and proposed order of dismissal of all claims against Defendants Rxtra Care, Inc., Hollis Whitcomb Henry, and Micheal J. Henry (Dkt. No. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all claims against Defendants Rxtra Care, Inc., Hollis Whitcomb Henry and Micheal J. Henry are DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

　　//

　　//

　　//

1       DATED this 4th day of October 2017

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk